# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION

In Re: Barry Edward Cloer
     319 Legion Rd
     Hudson, NC  28638
     SSN (1): XXX-XX-8274

Case Number:     12-50603
Judge:     Laura T. Beyer
Dated:     February 18, 2015

## MOTION OF TRUSTEE FOR DETERMINATION
## OF STATUS OF CLAIMS IN CONFIRMED PLAN

    The undersigned trustee in the above-referenced Chapter 13 case reports that he has examined the Proofs of Claim filed in the case and hereby moves that the claims be allowed as reported below for payment by the trustee under the terms of the confirmed plan. To the extent that any claim as reported differs from the claim as scheduled or filed, the trustee OBJECTS to that claim and classifies it as he believes proper under applicable law. The claims as reported herein include those proofs of claim believed by the trustee to have been filed pursuant to Federal Rule of Bankruptcy Procedure 3004.

    Claim information in motion is current as of February 18, 2015.

    **IF YOU ARE A CREDITOR, TAKE NOTICE THAT YOUR RIGHTS MAY BE AFFECTED BY THE FINAL DISPOSITION OF THE TRUSTEE'S MOTION.**

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Filed Claim Amt | Treatment of Claim | Acct # (Last 4) |
|---|---|---|---|---|---|---|---|
| America's Servicing Company | 14 | | Z-Notice Only | 99 | $0.00 | NOT FILED | 8455 |
| Americas Servicing Co | 7 | 4,5 | U-Unsecured | 80 | $68,777.10 | STOP PAY | 9088 |
| Americas Servicing Company | 8 | | U-Unsecured | 98 | $0.00 | PAY OUTSIDE | 9088 |
| DAVID E BOLGER | 1 | | B-Base Attorney Fee(s) | 20 | $2,434.00 | $1,334.00 INSIDE / $1,100.00 OUTSIDE | |
| DAVID E BOLGER | 2 | | B-Base Attorney Fee(s) | 50 | $816.00 | Pay by Trustee | |
| DAVID E BOLGER | 16 | | L-Legal Fees | 50 | $350.00 | Pay by Trustee | 9/15 |
| Internal Revenue Service | 6 | 1 | P-Priority | 70 | $5,392.18 | Pay by Trustee | 8274 |
| Internal Revenue Service | 15 | 1 | A-Post Petition Tax Claim | 70 | $6,130.00 | Pay by Trustee | 8274 |
| Internal Revenue Service | 9 | 1 | U-Unsecured | 80 | $282.73 | Pay by Trustee | 8274 |
| NC DEPT OF REVENUE | 11 | 6 | P-Priority | 70 | $762.82 | Pay by Trustee | 8274 |
| NC DEPT OF REVENUE | 12 | 6 | U-Unsecured | 80 | $271.01 | Pay by Trustee | 8274 |
| PARKWAY BANK | 13 | | N-Mortgage/Lease Arrea | 98 | $0.00 | PAY OUTSIDE | |
| PARKWAY BANK | 10 | | M-Mortgage/Lease | 98 | $0.00 | PAY OUTSIDE | |
| US Bank National Association as Trustee for Credi | 3 | 3 | M-Mortgage/Lease | 98 | $248,802.19 | STOP PAY | 8455 |
| US Bank National Association as Trustee for Credi | 4 | 3 | N-Mortgage/Lease Arrea | 98 | $46,444.52 | STOP PAY | 8455 |
| Wells Fargo Bank NA DBA Wells Fargo Dealer Ser | 5 | 2 | S-Secured-Pro-Rata | 50 | $4,534.79 | Pay by Trustee | 1392 |

    Wherefore, the trustee respectfully requests that the Court grant his motion and classify the claims for payment by the trustee as set forth herein, and that it grant such other and further relief as is appropriate and just.

Dated: February 18, 2015

Steven G. Tate
Chapter 13 Trustee
212 Cooper St
Statesville, NC  28677-5856

CASE NO:  12-50603                                                        DEBTOR: Barry Edward Cloer

.

## NOTICE OF MOTION OF TRUSTEE FOR DETERMINATION
## OF STATUS OF CLAIMS IN CONFIRMED PLAN

The Chapter 13 trustee has filed a motion in the above-referenced Chapter 13 case for determination of status of claims, for payment by the trustee under the debtor's confirmed plan.

YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you want to object to the classification and/or treatment of your claim as contained in the trustee's motion, then you or your attorney must file with the court a written response to the motion and a request for hearing by March 06, 2015 at the following address:

CLERK, U.S. BANKRUPTCY COURT
401 W TRADE ST ROOM 111
CHARLOTTE, NC  28202

If you MAIL your response to the court for filing, you must mail it early enough for the court to RECEIVE it on or before the deadline stated above.

**Please refer to the trustee's claim number in any response you may file.**

NO HEARING WILL BE HELD UNLESS A RESPONSE IS FILED.

If you file a response, then a hearing on the trustee's motion will be on Friday, April 10, 2015 at 9:30 am at the following address.

U.S. COURTHOUSE
MAIN COURTROOM, FIRST FLOOR
200 WEST BROAD STREET
STATESVILLE, NC  28677

If you or your attorney do not take these steps, the court may decide that you do not oppose the classification and treatment of your claim as reported by the trustee, and grant the motion.

Dated: February 18, 2015                          Steven G. Tate
                                                 Standing Chapter 13 Trustee
                                                 By:  A. Owens

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION

In Re: Barry Edward Cloer
     319 Legion Rd
     Hudson, NC  28638
     SSN (1): XXX-XX-8274

Case Number:     12-50603
Judge:     Laura T. Beyer
Dated:     February 18, 2015

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a copy of the attached document has been served on the parties whose names and addresses are listed below by United States first class mail, postage prepaid on February 20, 2015.

A. Owens
Office of the Chapter 13 Trustee

Americas Servicing Co, Payment Processing MAC X2302-04C, One Home Campus, Des Moines, IA 50328

America's Servicing Company, Attn: Bankruptcy Department, MAC #D3347-014, 3476 Stateview Blvd, Fort Mill, SC 29715

America's Servicing Company, MAC X7801-014, 3476 Stateview Blvd, Fort Mill, SC 29715

Americas Servicing Company, PO Box 10388, Des Moines, IA 50306-0388

Barry Edward Cloer, 319 Legion Rd, Hudson, NC 28638

Internal Revenue Service, PO Box 7317, Philadelphia, PA 19101-7317

Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346

Joseph J Vonnegut, Hutchens, Senter, Kellam & Pettit PA, Bankruptcy Dept, PO Box 2505, Fayetteville, NC 28302

NC DEPT OF REVENUE, OFFICE SERV DIV/BANKRUPTCY UNT, PO BOX 1168, RALEIGH, NC 27602-1168

PARKWAY BANK, PO BOX 1058, LENOIR, NC 28645-1058

S Troy Staley, 4317 Ramsey Street, PO Box 2505, Fayetteville, NC 28302

US Bank National Association as Trustee for Credi, US America's Servicing Company, Attn: Bankruptcy Payment Processing, MAC #X2302-04C  One Home Campus, Des Moines, IA 50328

US Bank National Association, as Trustee, c/o America's Servicing Company, Bankruptcy Dept MAC#D3347-014, 3746 Stateview Blvd, Fort Mill, SC 29715

Wells Fargo Bank NA dba Wells Fargo Dealer Ser, PO Box 19657, Irvine, CA 92623-9657

Wells Fargo Bank NA DBA Wells Fargo Dealer Ser, PO Box 25341, Santa Ana, CA 92799

Total Served: 15